UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GOETZKE, Widower, Individually and As Personal Representative/Successor in Interest on Behalf of the Estate and heirs of LOREN GOETZKE, deceased; GENE GOETZKE; and GARY GOETZKE,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　　Defendants.<br>ADRIAN VILLARUZ,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　　Defendants. | CIV S-03-554 GEB/JFM<br><br><br><br><br><br><br><br><br><br>AMENDED ORDER |

　　　　On May 10, 2005, the parties filed a "Joint Stipulation re Revised Pre-Trial Schedule and [Proposed Order]." Since the parties'

1

stipulate to the requested continuances, the "good cause" issue will not be reached and the Status (Pretrial Scheduling) Order is modified as follows:

       (1)   All discovery shall be completed by July 1, 2005.

       (2)   The last hearing date for law and motion matters is July 18, 2005, at 9:00 a.m.[1]

       (3)   The Final Pretrial Conference is continued to September 26, 2005, at 2:30 p.m.

       The status hearing currently scheduled on May 16, 2005, at 8:30 is vacated; further, this ruling moots the Motion to Extend Discovery and Motion Dates filed April 29, 2005.

       IT IS SO ORDERED.

Dated:  May 13, 2005

                     <u>/s/ Garland E. Burrell, Jr.</u>
                     GARLAND E. BURRELL, JR.
                     United States District Judge

---

[1] The parties' request that July 25, 2005, be the last hearing date for law and motion matters is denied.  July 25 is not a regularly-scheduled law and motion date.