IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARILYN GOETZKE, et al.,

      Plaintiffs,                    No. CIV S-03-0554 GEB JFM

  vs.                            (Consolidated with No. S-03-0603 GEB JFM)

SIKORSKY AIRCRAFT CORP., et al.,

      Defendants.                ORDER

_____/

ADRIAN VILLARUZ,

      Plaintiff,

  vs.

SIKORSKY AIRCRAFT CORP., et al.,

_____/

      Pending before this court is defendant Rotair's May 27, 2005 motion to determine sufficiency of plaintiff's answers and objections to requests for admissions. This motion came on regularly for hearing July 14, 2005.[1] Robert F. Hedrick and Mark J. Conlin appeared

---

[1] The discovery cut-off is set for July 1, 2005. Defendant Rotair's motion was filed May 27, 2005, well within the discovery cut-off period. Although counsel stipulated to one extension of time

1

telephonically for plaintiff Goetzke.  Robert Hopkins appeared telephonically for plaintiff Villaruz.  Mitchel Kallet appeared telephonically for defendant Rotair Industries, Inc.  Upon review of the motion and the documents in support and opposition, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

Defendant Rotair's May 17, 2005 motion is granted in part and denied in part, as follows:

1. The answers to requests Nos. 3, 7, 8, 10, 12, 13, 35, 36, 37 - 41, 44 and 45-58 are sufficient; the motion to compel further answers as to these requests is denied;

2. The proposed amendment to response No. 15 is sufficient and shall be served by close of business July 18, 2005; and

3. Plaintiff shall admit or deny requests Nos. 18, 19, 21, 24, 25 and 28 - 34; said responses shall be served by close of business July 18, 2005.

DATED: July 14, 2005.

UNITED STATES MAGISTRATE JUDGE

/001; goetzke.oah5

---

for the hearing on this motion, the court continued the matter beyond the discovery cut-off due to congestion on the court's calendar.  No party objected to the hearing of this matter beyond the discovery cut-off.  However, due to the July 1, 2005 discovery cut-off, this court will require a short time frame for responses ordered herein.  No extensions of time to respond will be granted.