UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GOETZKE, Widower, Individually and As Personal Representative/Successor in Interest on Behalf of the Estate and heirs of LOREN GOETZKE, deceased; GENE GOETZKE; and GARY GOETZKE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　Defendants.<br>ADRIAN VILLARUZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　Defendants. | 2:03-cv-0554-GEB-JFM<br><br><br><br><br><br><br><br><br>ORDER |

　　　　In the Stipulation filed October 14, 2005, the parties request additional time in which to file a document or documents that could effect dismissal. The request is granted. Therefore, the

1

1 parties have until 4:00 p.m. on October 28, 2005, to file the
2 dismissal document or documents.  The final pretrial conference
3 currently scheduled for October 31, is continued to November 14, 2005,
4 at 1:30 p.m., and the trial currently scheduled to commence on
5 November 15, 2005, is continued to January 31, 2006, at 9:00 a.m.

7          IT IS SO ORDERED.

DATED:  October 17, 2005

                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
                              United States District Judge