UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GOETZKE, Widower, Individually and As Personal Representative/Successor in Interest on Behalf of the Estate and heirs of LOREN GOETZKE, deceased; GENE GOETZKE; and GARY GOETZKE,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　Defendants. | 2:03-cv-0554-GEB-JFM<br><br><br><br><br><br><br><br><br>ORDER |
| ADRIAN VILLARUZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　Defendants. | |

　　　　The ex parte application of Defendant Sikorsky Aircraft Corporation for an extension of time within which to file a document or documents that could effect dismissal is granted.  Therefore, the

1

1  parties have until 4:00 p.m. on November 30, 2005, to file the
2  dismissal document or documents.  The final pretrial conference
3  currently scheduled for November 14, 2005, is continued to December 5,
4  2005, at 1:30 p.m.

6           IT IS SO ORDERED.

DATED:  November 8, 2005

                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge