UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN GOETZKE, Widower, Individually and As Personal Representative/Successor in Interest on Behalf of the Estate and heirs of LOREN GOETZKE, deceased; GENE GOETZKE; and GARY GOETZKE,<br><br>　　　　　　Plaintiffs,<br><br>　　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　Defendants. | 2:03-cv-0554-GEB-JFM<br><br><br><br><br><br><br>ORDER |
| ADRIAN VILLARUZ,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>SIKORSKY AIRCRAFT CORPORATION, a Delaware Corporation; GENERAL ELECTRIC COMPANY, a New York Corporation; and ROTAIR INDUSTRIES, INC., a Connecticut Corporation,<br><br>　　　　　　Defendants. | |

　　　　Plaintiff Villaruz's request filed October 17, 2005, for "Dismissal of Defendant Rotair Industries" and his request filed November 15, 2005, for "Dismissal of Defendants Sikorsky Aircraft

1

1  Corporation and General Electric Corporation" are granted.  Further,
2  Plaintiffs Marilyn Goetzke, Gene Goetzke, and Gary Belfiglio's request
3  filed November 16, 2005, that all Defendants be dismissed with
4  prejudice is also granted.  Therefore, the Clerk of Court is directed
5  to close this action.
6           IT IS SO ORDERED.
7  DATED:  November 16, 2005

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge