```
 1
 2
 3
 4
 5
 6
 7
 8
 9                   IN THE UNITED STATES DISTRICT COURT
10                 FOR THE EASTERN DISTRICT OF CALIFORNIA
11  MARILYN GOETZKE, et al.,
12           Plaintiffs,              No. CIV S-03-0554 GEB JFM
13        vs.                         (Consolidated with No. S-03-0603 GEB JFM)
14  SIKORSKY AIRCRAFT CORP., et al.,
15           Defendants.
16  _____/
17  ADRIAN VILLARUZ,
18           Plaintiff,
19        vs.
20  SIKORSKY AIRCRAFT CORP., et al.,
21  _____/
22  CROMAN CORPORATION, an
    Oregon corporation,
23
          vs.                                   ORDER
24
    GENERAL ELECTRIC COMPANY;
25  SIKORSKY AIRCRAFT CORP., et al.,
26  _____/
```

1

1  Defendant Sikorsky's motion for protective order came on regularly for hearing
2  August 17, 2006.  Robert Hopkins and Brenda Posada appeared telephonically for plaintiffs
3  Goetzke and Villaruz.[1]  Garry L. Montanari appeared telephonically for defendant Sikorsky.
4  Upon review of the motion and the documents in support and opposition, upon
5  hearing the arguments of counsel and good cause appearing therefor, THE COURT FINDS AS
6  FOLLOWS:
7  Defendant Sikorsky seeks an order sealing a document which has been part of the
8  public record of this court since July 5, 2005.  This court has found no authority which would
9  allow, much less require, a result fraught with so much mischief.  Accordingly, defendant's
10 motion for protective order is denied.
11 DATED:  August 17, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; goetzke.oah6

---

[1] When Steven O. Rosen, counsel for plaintiff Croman, asked that he be allowed to participate in this argument by telephone, he was given permission to do so, however, he was cautioned that a land line was essential for a reliable connection.  When counsel asked that he be allowed to use his cell phone, he was advised of the likelihood of a bad connection but chose to proceed.  When the connection failed the discussion proceeded without Mr. Rosen's participation.

2